FILED
JUL 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8639 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 |
| Genaro BRAVO-Jara, ) | Attempted Entry After Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about July 11, 2008, within the Southern District of California, defendant Genaro BRAVO-Jara, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported or removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14th DAY OF JULY 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

(1)

I, Senior Border Patrol Agent Mikuski declare under penalty of Perjury, the following is true and correct:

# PROBABLE CAUSE STATEMENT

The complainant states this complaint is based upon the investigative reports that the Defendant, Genaro BRAVO-Jara a citizen of Mexico, was found and arrested on July 11, 2008, in Calexico, California.

Border Patrol Agents encountered Genaro BRAVO-Jara after having made an illegal entry by crossing the International Boundary with Mexico into the United States. BRABO was arrested for being illegally present in the United States.

An investigation of records through the Bureau of Citizenship and Immigration Services revealed BRAVO was previously removed from the United States on May 13, 2008. Further records check revealed BRAVO has a serious criminal record and that he is currently on probation for crimes which he was convicted of.

BRAVO was found in the United States without having sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.

Executed on July 12, 2008, at 9:00 A.M.

Michael Mikuski
Senior Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page, I find Probable Cause to believe that the defendant named in this probable cause statement committed the offense on July 11, 2008 in violation of Title 8, United States Code, 1326.

United States Magistrate Judge

7/12/08 @ 9:45am
Date/Time

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**