FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>GENARO BRAVO-JARA,<br><br>            Defendant. | Criminal Case No. 08CR2638-DMS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

On or about July 11, 2008, within the Southern District of California, defendant GENARO BRAVO-JARA, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that he had not been deported before, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: August 7, 2008 .

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney