AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Genero Bravo-Jara

CASE NUMBER: 08CR2638-DMS

I, Genero Bravo Jara, the above named defendant, who is accused of

18 USC Sec 1001

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/7/08 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

**FILED**
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Genaro Bravo Jara_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer